THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Martin Vogel, | ) | Case No. 2:13-cv-00465-CBM-JC |
| | ) | |
| Plaintiff, | ) | **Order re:** |
| | ) | **Joint Stipulation for Dismissal [JS-6]** |
| vs. | ) | |
| | ) | |
| AutoZone Parts, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants AutoZone Parts, Inc. dba AutoZone #5945 and AutoZone, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice in its entirety.

Dated:  January 31, 2014

_____/
United States District Judge